**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| J.A., | * | |
|    Plaintiff, | * | |
| v. | * | Case No: 1:23-cv-02922-JRR |
| STEVEN V. ABREU, et al., | * | |
|    Defendants. | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ANSWER PRESENTING DEFENSES**
**AND DEMAND FOR JURY TRIAL**

Steven V. Abreu, one of the Defendants, by E. I. Cornbrooks, IV, and Karpinski Cornbrooks & Karp, P.A., answers Plaintiff's Complaint and states as follows:

**Rule 12(b)(6) Defenses**

1. The Complaint fails to state a claim upon which relief may be granted.

2. This Honorable Court lacks jurisdiction over some or all of the claims asserted in the Complaint.

**Answer**

3. Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 1 of the Complaint.

4. Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 2 of the Complaint.

5. Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 3 of the Complaint.

6. Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 4 of the Complaint.

7. Paragraph 5 of the Complaint contains allegations which are not factually based, and no response is required to said allegations, but Defendant admits to having been employed as Wicomico County Deputy Sheriff and having acted in that capacity at all times relevant hereto. Defendant denies the remaining factual allegations and any otherwise unanswered allegation which requires a response that is contained in paragraph 5 of the Complaint.

8. Paragraph 6 of the Complaint contains allegations which are not factually based, and no response is required to said allegations, but Defendant admits to having been employed as Wicomico County Deputy Sheriff and having acted in that capacity at all times relevant hereto. Defendant denies the remaining factual allegations and any otherwise unanswered allegation which requires a response that is contained in paragraph 6 of the Complaint.

9. The allegations contained in paragraph 7 of the Complaint are denied.

10. The allegations contained in paragraph 8 of the Complaint are denied.

11. The allegations contained in paragraph 9 of the Complaint are denied.

12. The allegations contained in paragraph 10 of the Complaint are denied.

13. The allegations contained in paragraph 11 of the Complaint are denied.

14. The allegations contained in paragraph 12 of the Complaint are denied.

15. The allegations contained in paragraph 13 of the Complaint are denied.

16. The allegations contained in paragraph 14 of the Complaint are denied.

17. The allegations contained in paragraph 15 of the Complaint are denied.

18. The allegations contained in paragraph 16 of the Complaint are denied.

19. The allegations contained in paragraph 17 of the Complaint are denied.

20. The allegations contained in paragraph 18 of the Complaint are denied.

21. The allegations contained in paragraph 19 of the Complaint are denied.

22. The allegations contained in paragraph 20 of the Complaint are denied.

23. The allegations contained in paragraph 21 of the Complaint are denied.

24. The allegations contained in paragraph 22 of the Complaint are denied.

25. The allegations contained in paragraph 23 of the Complaint are denied.

26. In response to paragraph 24 of the Complaint, Defendant adopts and incorporates by reference paragraphs 1 through 23 of its Answer to the Complaint as if fully set forth herein.

27. Paragraph 25 of the Complaint does not contain any allegation of fact to which a response is required.  If a response is required, the allegations are denied.

28. The allegations contained in paragraph 26 of the Complaint are admitted.

29. The allegations contained in paragraph 27 of the Complaint are denied.

30. The allegations contained in paragraph 28 of the Complaint are denied.

31. The allegations contained in paragraph 29 of the Complaint are denied.

32. The allegations contained in paragraph 30 of the Complaint are denied.

33. In response to paragraph 31 of the Complaint, Defendant adopts and incorporates by reference paragraphs 1 through 30 of its Answer to the Complaint as if fully set forth herein.

34. Paragraph 32 of the Complaint does not contain any allegation of fact to which a response is required.  If a response is required, the allegations are denied.

35. The allegations contained in paragraph 33 of the Complaint are admitted.

36. The allegations contained in paragraph 34 of the Complaint are denied.

37. The allegations contained in paragraph 35 of the Complaint are denied.

38. The allegations contained in paragraph 36 of the Complaint are denied.

39. The allegations contained in paragraph 37 of the Complaint are denied.

40. In response to paragraph 38 of the Complaint, Defendant adopts and incorporates by reference paragraphs 1 through 37 of its Answer to the Complaint as if fully set forth herein.

41. The allegations contained in paragraph 39 of the Complaint are denied.

42. The allegations contained in paragraph 40 of the Complaint are denied.

43. The allegations contained in paragraph 41 of the Complaint are denied.

44. The allegations contained in paragraph 42 of the Complaint are denied.

45. In response to paragraph 43 of the Complaint, Defendant adopts and incorporates by reference paragraphs 1 through 42 of its Answer to the Complaint as if fully set forth herein.

46. The allegations contained in paragraph 44 of the Complaint are admitted.

47. The allegations contained in paragraph 45 of the Complaint are denied.

48. The allegations contained in paragraph 46 of the Complaint are denied.

49. The allegations contained in paragraph 47 of the Complaint are denied.

50. The allegations contained in paragraph 48 of the Complaint are denied.

51. The allegations contained in paragraph 49 of the Complaint are denied.

52. Any allegations of fact in the Complaint not otherwise responded to is denied.

**Affirmative Defenses**

53. Defendant is entitled to immunity.

54. Any damages Plaintiff may recover are limited by law.

55. Plaintiff assumed the risk of her alleged injuries and/or damages.

56. Plaintiff's own negligence caused or contributed to her alleged injuries and/or damages.

57. Plaintiff's alleged injuries or damages were caused by third parties not answerable to Defendant.

58. Plaintiff's claims, in whole or in part, are barred by limitations.

59. Plaintiff's claims for relief are barred, in whole or in part, by a lack of standing.

60. Defendant did not cause or contribute to Plaintiff's alleged injuries or damages.

61. Defendant's alleged actions and/or alleged omissions were objectively reasonable and legally justified.

62. Defendant did not act unlawfully or otherwise violate any of Plaintiff's rights.

63. Defendant is entitled to the privileges, immunities, protections and limits of liability and damages set forth in the Local Government Tort Claims Act as to any state law claims.

64. Defendant is not liable as alleged.

## Demand For Jury Trial

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Steven V. Abreu, one of the Defendants, demands a trial by jury.

Karpinski, Cornbrooks & Karp, P.A.


By:       /s/ E. I. Cornbrooks, IV
E. I. Cornbrooks, IV, #28296
120 E. Baltimore Street
Suite 1850
Baltimore, Maryland 21202
(410) 727-5000
(410) 727-0861 (facsimile)
scornbrooks@bkcklaw.com
*Attorney for Defendant*
 *Steven V. Abreu*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of December, 2023, a copy of the foregoing was electronically filed, with notice to:

Thomas C. Cardaro, Esquire
Jeffrey L. Peek, Esquire
C. Drew Fritch, Esquire
John S. Sellinger, Esquire
Cardaro & Peek, LLC
201 North Charles Street
Suite 2100
Baltimore, Maryland 21201
*Counsel for Plaintiff J.A.*

Kevin Karpinski, Esquire
Karpinski, Cornbrooks & Karp, P.A.
120 E. Baltimore Street
Suite 1850
Baltimore, Maryland 21202
*Counsel for Defendant*
*Wicomico County, Maryland*


                                                    /s/ E. I. Cornbrooks, IV
                                        Of Counsel for Defendant Abreu