IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| J.A., | * | |
| Plaintiff, | * | |
| v. | * | Case No: 1:23-cv-02922-JRR |
| STEVEN V. ABREU | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT STEVEN V. ABREU'S MOTION TO STAY PROCEEDINGS

Defendant Steven Abreu, by Karpinski, Cornbrooks & Karp, P.A., and E. I. Cornbrooks, IV, his undersigned counsel, pursuant to Local Rule 105 of the United States District Court for the District of Maryland, moves for a stay of these proceedings pending the resolution of Mr. Abreu's state court criminal proceedings for the reasons set forth in the memorandum attached hereto, incorporated herein, and filed contemporaneously herewith.

Respectfully submitted,

Karpinski, Cornbrooks & Karp, P.A.

By:  /s/ E. I. Cornbrooks, IV
E. I. Cornbrooks, IV, #28296
120 E. Baltimore Street
Suite 1850
Baltimore, Maryland 21202
(410) 727-5000
(410) 727-0861 (facsimile)
scornbrooks@bkcklaw.com
*Attorney for Defendant*
*Steven V. Abreu*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August 2024, a copy of the foregoing was electronically filed, with notice to:

Thomas C Cardaro
Cardaro and Peek, LLC
201 N Charles St., Ste 2100
Baltimore, MD 21201
Email: tcc@cardarolaw.com
*Counsel for Plaintiff*

C Drew Fritch
Cardaro and Peek, LLC
201 N Charles St., Ste 2100
Baltimore, MD 21201
Email: cdf@cardarolaw.com
*Counsel for Plaintiff*

Jeffrey L Peek
Cardaro and Peek, LLC
201 N Charles St., Ste 2100
Baltimore, MD 21201
Email: jlp@cardarolaw.com
*Counsel for Plaintiff*

                                                /s/ E. I. Cornbrooks, IV
                                            Counsel for Defendant Abreu

4882-6839-6492, v. 2