IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| J.A., | * | |
| Plaintiff, | * | |
| v. | * | Case No: 1:23-cv-02922-JRR |
| STEVEN V. ABREU | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendant Abreu's Motion to Stay Proceedings, and any opposition thereto, it is this ____ day of _____ 2024, by the United States District Court for the District of Maryland, hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further,

**ORDERED**, that the above-captioned case is stayed pending the final determination in Defendant Steven Abreu's criminal proceedings pending in the Circuit Court for Wicomico County, Maryland (Case No. C-22-CR-22-000588).

_____
Honorable Julie R. Ruben,
United States District Judge