# KARPINSKI, CORNBROOKS & KARP, P.A.
### ATTORNEYS AT LAW
**120 East Baltimore Street, Suite 1850**
**Baltimore, Maryland 21202-1617**

| | | |
|---|---|---|
| KEVIN KARPINSKI * <br> E. I. CORNBROOKS, IV <br> ------------------ <br><br> JOHN "JACK" KARPINSKI <br> BENTLY C. GREEN, JR. <br> HORTON MCCORMICK <br> KRYSTAL KELLY ** <br><br> *  Admitted in MD and DC <br> ** Admitted in NJ only | --------------- <br> Telephone     410-727-5000 <br> Facsimile      410-727-0861 <br> Email scornbrooks@bkcklaw.com <br><br> Website www.kcklegal.com | MICHAEL B. RYND <br> OF COUNSEL <br> ------- <br><br> DANIEL KARP <br> RICHARD T. COLARESI <br> RETIRED |

September 25, 2024

**Via Electronic Filing Only**
The Honorable Julie Rebecca Rubin
United States District Court Judge
United States District Court
for the District of Maryland
101 West Lombard Street,
Baltimore, Maryland 21201

    Re:    *J.A. v. Steven Abreu* - Joint Status Report
              Case No.: 1-23-cv-02922-ABA
              My File No.:   343-173

Dear Judge Rubin:

    Please accept this correspondence as the parties' Joint Status Report, pursuant to this Court's Order (ECF 31). According to Maryland's Judiciary Case Search, as of September 24, 2024, Steven Abreu's criminal case in the Circuit Court of Wicomico County remains docketed for a five-day jury trial starting on December 2, 2024, and concluding December 6, 2024.

    Plaintiff's counsel reviewed and approved the filing of this Joint Status Report.

                              Sincerely,

                              Karpinski, Cornbrooks & Karp, P.A.

                              /s/

                            By: E. I. Cornbrooks, IV

EICIV:hjm

cc:    All Counsel of Record

4855-4681-3161, v. 1