# KARPINSKI, CORNBROOKS & KARP, P.A.
### ATTORNEYS AT LAW
### 120 East Baltimore Street, Suite 1850
### Baltimore, Maryland 21202-1617

KEVIN B. KARPINSKI*
E. I. CORNBROOKS, IV
_____

JOHN "JACK" KARPINSKI
BENTLY C. GREEN, JR.
KRYSTAL KELLY**
MATTHEW JEFFERS

\*   Admitted in MD and DC
\*\*  Admitted in NJ only

_____
Telephone  410-727-5000
Facsimile  410-727-0861
Email: scornbrooks@bkcklaw.com
Website: www.kcklegal.com

MICHAEL B. RYND
OF COUNSEL
_____

DANIEL KARP
RICHARD T. COLARESI
RETIRED

December 16, 2024

**<u>Via Electronic Filing Only</u>**
The Honorable Julie Rebecca Rubin
United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street,
Baltimore, Maryland 21201

  Re: *J.A. v. Steven Abreu* - Joint Status Report
    Case No.: 1:23-cv-02922-JRR
    My File No.: 343-173

Dear Judge Rubin:

 Please accept this correspondence as the parties' Joint Status Report, pursuant to this Court's Order dated August 22, 2024. (ECF 31). According to Maryland's Judiciary Case Search, Steven Abreu's criminal trial concluded in the Circuit Court for Wicomico County on December 6, 2024. Sentencing is currently scheduled for February 14, 2025.

 Defendant's position is that the above-referenced matter should remain stayed at least until after sentencing and through appeal. Plaintiff's position is that stay should terminate effective December 6, 2024, and opposes continuing the stay.

 Plaintiff's counsel reviewed and approved the filing of this Joint Status Report.

       Sincerely,

       Karpinski, Cornbrooks & Karp, P.A.

       /s/

       By: E. I. Cornbrooks, IV

cc: All Counsel of Record
4921-7806-8999, v. 1